IN THE SUPREME COURT OF TEXAS

 No. 05-0666

 IN RE THE STATE OF TEXAS, BY AND THROUGH
 THE TEXAS DEPARTMENT OF TRANSPORTATION

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed August
18, 2005, is granted. The order dated August 11, 2005, in Cause No. 13-05-
460-CV, styled Americo Energy Resources, LLC v. The State of Texas, by and
through The Texas Department of Transportation, in the Thirteenth Court of
Appeals is stayed pending further order of this Court.

 2. The real party in interest is requested to respond to relators'
emergency motion for temporary relief and petition for writ of mandamus on
or before 3:00 p.m., August 23, 2005.

 Done at the City of Austin, this August 18, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk